# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 9, 2007 |
| Court Reporter: Janet Coppock | Time: 11 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  07-CR-260-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michael Carey |
| Plaintiff, | |
| vs. | |
| **KAREN NIKOLYAN,** | Adam Tucker |
| Defendant. | |

## MOTION TO CONTINUE

**3:01 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

Defendant's Motion for Extension of Time to File Motions, Request for Continuance of Jury Trial and Motion to Declare Case Complex (Doc #19), filed 7/2/07.

Comments by Mr. Tucker in support of defendant's motion.

Page Two
07-CR-00260-WDM
July 9, 2007

Comments by Mr. Carey advising of no objections on behalf of the Government.

Discussion regarding time needed by the defendant to be prepared to proceed.

Court concludes, pursuant to 18 USC § 3161(h)(8)(B), that the ends of justice are served by excluding **up to and including  October 8, 2007** from the speedy trial calculations outweigh the best interest of the public and the defendant in a speedy trial, taking into account due diligence.

**ORDERED:**   Defendant's Motion for Extension of Time to File Motions, Request for Continuance of Jury Trial and Motion to Declare Case Complex (Doc #19), filed 7/2/07 is **GRANTED in PART.**

**ORDERED:**   Motions deadline is extended to **August 6, 2007.**

**ORDERED:**   Trial scheduled for July 23, 2007 is **VACATED**.  Counsel directed to chambers to schedule a status conference before **October 8, 2007.**

**ORDERED:**   Bond continued.

**3:12 p.m.     COURT IN RECESS**

**Total in court time:          11 minutes**

**Hearing concluded**