UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 07-cr-000260 | FTR CBS PM |
| February 5, 2008 | |
| UNITED STATES OF AMERICA | Kurt Bohn & Michael Carey |
| v. | |
| KAREN NIKOLYAN | Harvey Steinberg |

## MOTION HEARING

Court in Session: 3:34 pm

Court calls case and appearances of counsel.

Rod Waldo present from pre-trial services.

Government Michael Carey presents argument.

Defense counsel presents argument.

Pretrial services addresses court.

Court presents findings:

Court does not find good cause to remove ankle bracelet.

Court allows defendant and defense counsel to meet with pre-trial services to modify home monitoring schedule.

Pre-trial services to notify the government and court of modifications to the home monitoring schedule.

Defendant to make formal request to the court if he wishes to change his address.

**ORDERED:** Motion (53) to review is denied.
.
**ORDERED:** Defendant continued on bond.

Court in recess: 4:01 pm

Total time in court: 27 minutes

Hearing concluded.