IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00260-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KAREN NIKOLYAN,

       Defendant.

_____

**ORDER MODIFYING CONDITIONS OF BOND SUPERVISION**
_____

       Pursuant to the bond modification hearing held on June 17, 2008, it is hereby

       ORDERED that the defendant shall have his electronic monitoring home detention schedule amended to allow him out of his residence from 12:00 noon until 7:00 p.m., Monday through Friday.  It is

       FURTHER ORDERED that all previously ordered bond conditions shall remain in full force and effect.

       DATED at Denver, Colorado, this <u>18th</u> day of June, 2008.

       BY THE COURT:

       s/ Walker D. Miller
       _____
       WALKER D. MILLER, Senior Judge
       United States District Court