# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00260-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KAREN NIKOLYAN,

    Defendant.

## ORDER FOR FORFEITURE OF BOND

The Court having review the government's motion for forfeiture of bond filed on December 17, 2008, and being advised in the particulars, **Orders** that the bond of defendant Karen Nikolyan is forfeited to the United States of America in the amount of $25,000.00.

Dated *December 23, 2008*

IT IS SO ORDERED

_____
Walker D. Miller
Senior Judge, U.S. District Court